**William R. CODY, Appellant,**

**v.**

**Daryl R. SLYKHUIS; Dennis Block; Douglas T. Loen; Clifton Fantroy; Douglas L. Weber, in their individual and official capacities, Appellees.**

No. 06–2161.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 4, 2007.

Filed: Sept. 11, 2007.

William R. Cody, Sioux Falls, SD, pro se.

James Ellis Moore, Woods & Fuller, Sioux Falls, SD, for Appellees.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

South Dakota State Penitentiary (SDSP) inmate William Cody appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against SDSP officials, alleging denial of access to courts. Having carefully reviewed the record and considered Cody's arguments, we conclude that the district court properly granted summary judgment and that there is no basis for reversal. *See Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir. 2006). Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.